IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00352-REB-KLM

US JESCO INTERNATIONAL LTD., INC., a Texas corporation,

　　　　Plaintiff,

v.

RJ WILLIAMS ENTERPRISES, LLC, a Colorado limited liability company, and
RODERICK JOHN WILLIAMS, JR.,

　　　　Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　　　This matter is before the Court on Plaintiff's **Unopposed Motion to Reschedule the Scheduling/Planning Conference** [Docket No. 21; Filed April 12, 2012] (the "Motion").

　　　　IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling/Planning Conference set for April 19, 2012 at 9:30 a.m. is **VACATED** and **RESET** to **May 14, 2012** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

　　　　If this date is not convenient for any counsel, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall list dates in the motion which are available for all counsel.

　　　　No later than five (5) calendar days prior to the Scheduling/Planning Conference, counsel shall submit their proposed Scheduling Order in the format available on the Court's website at: www.cod.uscourts.gov under magistrate judges forms in compliance with the Court's Electronic Case Filing Procedures which are available on the Court's website.

　　　　The parties shall comply with all other requirements in the Order Setting Scheduling/Planning Conference [#9].

　　　　Dated:  April 12, 2012