**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00352-REB-KLM

US JESCO INTERNATIONAL, LTD, INC., a Texas corporation,

    Plaintiff,

v.

RJ WILLIAMS ENTERPRISES, LLC, a Colorado limited liability company, and RODERICK JOHN WILLIAMS, JR.,

    Defendants.

## CONSENT DECREE

**Blackburn, J.**

    Whereas, plaintiff, US Jesco International Ltd., Inc. ("US Jesco") filed suit in this court alleging Patent, Trademark, and Copyright infringement and Unfair Competition against defendants RJ Williams Enterprises, LLC and Roderick John Williams, Jr.;

    Whereas, jurisdiction and venue are proper in this court;

    Whereas, defendants categorically DENY violating any of plaintiff's intellectual property rights;

    Whereas, the parties acknowledge the risks, uncertainty, and costs associated with litigation; and

    Whereas, in view of the foregoing, the parties have settled their dispute and jointly requested this court to enter judgment consistent with the following terms.

    **THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** as follows:

    1.  That defendants are enjoined from making any further purchase, importation, or distribution of any packaging or other materials containing US Jesco's copyrighted

photographs, contained in Exhibits C-G to the complaint in the above captioned action;

2. That defendants are enjoined from making any further use of US Jesco's registered trademark, GOURMET CHEESE MILL or from making any further sale or distribution of material containing the trademark, GOURMET CHEESE MILL;

3. That defendants will surrender to US Jesco any and all packaging containing US Jesco's copyrighted photographs and/or the GOURMET CHEESE MILL trademark, and defendants are enjoined from importing, distributing, advertising or selling any such packaging;

4. That any and all of defendants' banners including the term GOURMET CHEESE MILL will be delivered to US Jesco for destruction, and defendants are enjoined from further use or display of such banners;

5. That defendants are enjoined from manufacturing, importing, selling, or offering for sale any cheese graters that infringe United States Design Patent D451,350;

6. That each party shall bear its own attorneys fees and costs; and

7. That the court will retain jurisdiction to enforce the terms of this order.

Otherwise, this matter is dismissed with prejudice.

Dated August 8, 2012, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge