**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00352-REB-KLM

US JESCO INTERNATIONAL, LTD, INC., a Texas corporation,

    Plaintiff,

v.

RJ WILLIAMS ENTERPRISES, LLC, a Colorado limited liability company, and
RODERICK JOHN WILLIAMS, JR.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Joint Motion To Dismiss and For Entry of Consent Decree** [#29][1] filed August 7, 2012.  After reviewing the motion and the record, I conclude that the motion should be granted, that a consent decree should be entered, and that this action should be dismissed prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss and For Entry of Consent Decree** [#29] filed August 7, 2012, is **GRANTED**;

2. That the court shall enter a consent decree separate from this order of dismissal; and

2. That on entry of the consent decree this action is **DISMISSED WITH**

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 8, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge